IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RANDY STEWART AKINS,

Civil No. 05-580-AS

        Petitioner,

                                                            ORDER

    v.

MAX WILLIAMS, Director,
Oregon Department of Corrections, et al.,

        RespondentS.

ASHMANSKAS, Magistrate Judge.

        IT IS ORDERED that Petitioner's Motion to Voluntarily Dismiss

Habeas Corpus Petition is GRANTED.  The dismissal is WITHOUT

PREJUDICE.

        IT IS SO ORDERED.

        DATED this  27th  day of October, 2005.


                              /s/ Donald C. Ashmanskas
                            Donald C. Ashmanskas
                            United States Magistrate Judge


    1 - ORDER -